UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00852-RJC

| CHRISTINA RODRIGUEZ, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CAROLYN W. COLVIN, | ) | |
| *Acting Commissioner of Soc. Security*, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on consideration of Plaintiff's Motion to proceed *in forma pauperis*. (Doc. No. 2) ("Motion"). Plaintiff has filed a complaint contesting the final decision of the Commissioner of Social Security which found no entitlement to Supplemental Security Income under the Social Security Act.

Based on the evidence presented in the verified Motion, the Court finds that Plaintiff does not appear to have sufficient household income to pay the filing fees or costs of this civil action at the present time and the Motion will therefore be granted.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to proceed *in forma pauperis* is **GRANTED**. (Doc. No. 2).

**SO ORDERED.**

Signed: February 15, 2017

Robert J. Conrad, Jr.
United States District Judge